IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY T. GATEWOOD | : | CIVIL ACTION |
| v. | : | |
| JOHN THOMAS, et al | : | NO. 07-2746 |

ORDER

AND NOW, this 14th day of January, 2008, upon consideration of the petition for a writ of habeas corpus, and review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and petitioner's objections thereto, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

    s/Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR.,    J.